ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
5830 West Flamingo Road, Suite 233
Las Vegas, Nevada 89103
(702) 873-5386
Fax (702) 873-5903
anthony@deluca-associates.com

### IN THE UNITED STATES BANKRUPTCY COURT
### District of Nevada

| | |
|---|---|
| **In Re**: <br><br> Rebecca L Nish <br><br><br> **Debtor(s)** | Case No. 09-12890-LBR <br> Trustee: RICK YARNALL <br><br> Chapter:13 <br><br> Hearing Date: 9/30/09 <br> Hearing Time: 10:00 am |

### OPPOSITION TO MOTION FOR RELIEF FILED BY Americas Servicing Co

COMES NOW Rebecca L Nish (hereinafter referred to as "debtor(s)"), by and through their attorney, Anthony J. DeLuca, Esq., and hereby oppose the Motion for Relief filed by Americas Servicing Co on the grounds set forth below.

1. On March 3, 2009, the above-named Debtor(s) filed a Voluntary Petition under Chapter13 of the Bankruptcy Code.

2. On September 2, 2009, Americas Servicing Co filed a Motion for Relief from the Automatic Stay on Debtor's property commonly known as 5536 Breecher Ave. Las Vegas, NV 89131.

3. On September 17, 2009 Debtor filed a Motion to Approve loan modification. Debtor's loan modification will include provisions for any arrearages on Debtor's property. Thus granting Movant's motion for relief is inappropriate.

WHEREFORE, Debtor respectfully prays that this Honorable Court

1. Deny Movant's motion for relief.

2. Any further just and equitable relief this Court deems proper under the premises.

DATED this 29th day of January, 2009.

DELUCA & ASSOCIATES

/s/ Anthony J. DeLuca, Esq.

Attorney for Debtor(s)