**Entered on Docket
October 21, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-09-12890-LBR |
| REBECCA NISH, | ) | Chapter 13 |
| | ) | |
| | ) | Hearing Date: N/A |
| Debtor(s). | ) | Hearing Time: N/A |
| | ) | |

### EX- PARTE ORDER DISMISSING BANKRUPTCY PROCEEDING

On or about September 29, 2009, Debtor, Rebecca Nish, by and through her counsel, entered into a Stipulation To Convert Or Dismiss Case By Date Certain; Order Thereon (See Docket # 79) with Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, by and through his counsel, Marianne Gatti, Esq. The Stipulation Order required the within Debtor to either convert or dismiss the instant chapter 13 bankruptcy proceeding by October 16, 2009.

. . .

1    The time for the Debtor to convert or dismiss her bankruptcy case has passed.

2

3    **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13

4    is **DISMISSED** for the Debtor's failure to convert or dismiss the instant Chapter 13 bankruptcy case by

5    October 16, 2009.

6

7        **IT IS SO ORDERED.**

8

9    Respectfully Submitted:

10

11

12    MARIANNE GATTI, ESQ.        DATE: 10-19-09

13    Nevada Bar No. 7712
701 Bridger Avenue, Suite 820

14    Las Vegas, Nevada 89101
Attorney for RICK A. YARNALL

15    Chapter 13 Bankruptcy Trustee

16

17

18

19

20

21

22

23

24

25

26

27

28                      ###